UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIX CHESLEY HERBERT, JR., | Case No. 2:25-cv-2644-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| JEREMIAH LUPE, *et al.*, | |
| Defendants. | |

On February 27, 2026, I directed plaintiff to, within thirty days, submit service documents for defendant Lupe. ECF No. 9. Pending are two motions for extension of time, ECF Nos. 12 & 13, that do not specify what deadline plaintiff seeks to extend or how long an extension is requested. It appears that my order directing submission of service documents was never served on plaintiff, due to a defunct address. Accordingly, I will deny the motions for extension of time as unnecessary. The Clerk of Court is directed to re-serve my order at ECF No. 9 on plaintiff at his most recent address.

It is, therefore, ORDERED that:

1.      Plaintiff's motions for extension of time, ECF Nos. 12 & 13, are DENIED.

2.      The Clerk of Court is directed to re-serve my order at ECF No. 9 at his current

1

address.  He must comply with that order within thirty days.

IT IS SO ORDERED.


Dated:    May 26, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE