UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIX CHESLEY HERBERT, JR.,<br>Plaintiff<br>v.<br>JEREMIAH LUPE, *et al.*,<br>Defendants. | Case No. 2:25-cv-2644-JDP (P)<br><br>ORDER |

On May 26, 2026, I directed plaintiff to submit service documents within thirty days, as specified in my February order, ECF No. 9. ECF No. 15. To date, he has failed to submit the required documents or otherwise respond to my order.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, plaintiff must show cause, in writing, why this action should not be dismissed for failure to prosecute. If plaintiff wishes to continue with this action he must submit the service documents, as specified in ECF No. 9, with his response to this order. If he fails to do so, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE