UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIX CHESLEY HERBERT, JR.,<br>Plaintiff,<br>v.<br>JEREMIAH LUPE, et al.,<br>Defendants. | Case No. 2:25-cv-2644-DC-JDP (PC)<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 17) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2026, the magistrate judge filed findings and recommendations recommending dismissal of this action due to Plaintiff's failure to prosecute and failure to comply with court orders. ECF No. 17. Those findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. On October 30, 2026, Plaintiff filed objections to the findings and recommendations, in which he requests an extension of time to respond to the order to show cause issued by the magistrate judge on September 10, 2026 (ECF No. 10), because he had not received the service copies of the court's orders until October 23, 2026. ECF No. 18. Having considered Plaintiff's objections, the court finds it appropriate to grant Plaintiff's request for an

extension of time to respond to the court's order directing him to show cause why this action should not be dismissed for failure to prosecute. Plaintiff is also reminded of the court's order that "[i]f plaintiff wishes to continue with this action he must submit the service documents, as specified in ECF No. 9, with his response to this order." ECF No. 16.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court will decline to adopt the findings and recommendations at this time, in order to afford Plaintiff a final opportunity to respond to the court's order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The court DECLINES TO ADOPT the findings and recommendations filed October 8, 2026, ECF No. 17;
2. Plaintiff shall file a response to the court's September 10, 2026, order to show cause (ECF No. 16) by no later than November 19, 2026; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dena Coggins
United States District Judge